UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 4:23cr82 |
| | ) | |
| DAVID JOHNATHAN PERRY, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Counsel in the above-captioned case has advised the Court that all pretrial motions filed in this case have been complied with and/or resolved by agreement. Therefore, a hearing in this case is deemed unnecessary.

IT IS ORDERED that the pretrial motions (docs. 18 and 25) filed on behalf of each party, ARE DISMISSED.

SO ORDERED, this 23rd day of April, 2024.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA